THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL SKORICH and MILAN GLUMICICH, Appellants.— Judgment convicting defendants of violation of sections 970-a and 982 of the Penal Law (sale of gambling implements and devices; keeping slot machines or devices) unanimously reversed and the information dismissed on the ground that the evidence was insufficient to sustain the information. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Successor to AMERICAN TRUST COMPANY, and Trustee under a Certain Mortgage or Deed of Trust, Bearing Date as of the 1st Day of May, 1924, Made by 251 WEST 71ST STREET, INC., Respondent, v. 251 WEST 71ST STREET, INC., and Others, Defendants, Impleaded with RAE RANZAL, Intervenor, Appellant.— Action to foreclose a mortgage on real property. Order granting plaintiff's motion for summary judgment, dismissing counterclaim of Rae Ranzal and directing a reference to compute the amount due plaintiff, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

WILLIAM F. BOWEN, as Administrator, etc., of LEONARD ISAAC LONG, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.—Action to recover damages for the death of Leonard Isaac Long, alleged to have been caused by the negligence of defendant in failing to provide proper hatch covers for the barge *Edmund J. Kennell*, chartered by defendant, and, with full knowledge that they did not fit, in directing Long to remove them without warning him of the danger. It is alleged that while standing on the canvas cover over a defective hatch cover, the hatch cover gave way precipitating Long down the hatch into the cargo hold, causing his injuries and death. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

## SECOND DEPARTMENT, DECEMBER, 1935.

IRVING TRUST COMPANY, Formerly AMERICAN EXCHANGE IRVING TRUST COMPANY, as Trustee under Indenture, Dated July 1, 1927, between AMERICAN EXCHANGE IRVING TRUST COMPANY and CITY HOUSING CORPORATION, Plaintiff, v. ESSEX TERRACE, LTD., and Others, Defendants, Impleaded with MEYER PARODNECK and I. ESAR COHEN, Appellants. EDWARD A. DANGLER, as Receiver, Respondent.*— In an action to foreclose a second mortgage on real property, order directing the appealing defendants to attorn to the receiver affirmed on argument, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Johnston, J., not voting.

* Decided on December 16, 1935. Received too late for publication in proper order.— [REP.